IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN JOSE REYNOSO, | § | |
|     Petitioner | § | |
| V. | § | |
| | § | |
| RICK THALER | § | 4:09-CV-2103 |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Divisions, | § | |
|     Respondent. | § | |

**MOTION FOR SCHEDULING ORDER**
**(AGREED – STIPULATED)**

TO THE HONORABLE LYNN N. HUGHES, U.S. DISTRICT JUDGE:

Petitioner Juan Jose Reynoso asks for a Scheduling Order because:

1. The State filed their Motion for Summary Judgment and Answer with Brief in Support on April 26, 2011.

2. Counsel for Defendant requests a Scheduling Order allowing Petitioner until on or about July 18, 2011 to file his response.

3. Thomas M. Jones, Assistant Attorney General, consents to this motion on behalf of Respondent.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this Motion for Scheduling Order be granted.

    Respectfully submitted,

    /S/ Edward A. Mallett_____
    Edward A. Mallett
    SBN: 12863000
    JPMorgan Chase Tower
    600 Travis Street, Suite 1900
    Houston, Texas 77002
    Tel: (713) 236-1900

    Attorney for Juan Jose Reynoso

## **CERTIFICATE OF CONFERENCE**

I. Edward A. Mallett, have spoken with Tom Jones, Assistant Attorney General Attorney assigned to this case, and he is in agreement with this Motion.

/S/ Edward A. Mallett
Edward A. Mallett

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May 2011, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

1. Thomas Jones
   Assistant Attorney General

/S/ Edward A. Mallett
Edward A. Mallett