UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Juan Jose Reynoso, | § | |
|     Plaintiff, | § § § | |
| versus | § | Civil Action H-09-2103 |
| Rick Thaler, et al., | § § | |
|     Defendants. | § § | |

## Order Setting Hearing

A hearing is set on the fees claimed on Melissa Martin's CJA 30 voucher on

June 1, 2011
2:30 p.m.
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002.

Signed on May 22, 2011, at Houston, Texas.

_____
Lynn N. Hughes    USDJ
United States District Judge